UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHAUN MICHAEL SNYDER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-2158** |
| **MAJ. STEPHEN BERGERON, ET AL.** | **SECTION: "H"(3)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge (R. Doc. 15) and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the Motion to Dismiss filed by Richard Neal is **GRANTED** and that the claims against Neal are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 1st day of March, 2021.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**